NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IRINEO JULAJ a/k/a SERGIO, CESAR MAYOR, and EFRAIN MAYOR, | |
| | Civil Action No. 12-1464 (ES) |
| Plaintiffs, | **ORDER** |
| v. | |
| TAU ASSOCIATES LLC d/b/a TAU ASSOCIATES and LEK TAUTHONG, | |
| Defendants. | |

**SALAS, DISTRICT JUDGE**

For the reasons set forth in the Opinion filed herewith,

IT IS on this 3rd day of September, 2013,

ORDERED that Plaintiffs' Motion for Default Judgment against Defendants is DENIED; and it is further

ORDERED that Defendants' Cross-Motion to File an Answer Out of Time and to Vacate Default is GRANTED; and it is further

ORDERED that Defendants' Answer shall be filed within 10 days of the date of the corresponding Opinion and this Order; and it is further

ORDERED that the Clerk of Court shall terminate Docket Entry Numbers 13 and 14.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**